UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MAYER AMSCHEL
ROTHSCHILD, and all others
similarly situated,

      Plaintiff,

v.                                                                          Case No.:  2:24-cv-304-SPC-KCD

ANYWHERE ADVISORS LLC and
ANYWHERE REAL ESTATE INC.,

      Defendants.

_____/

## **ORDER**

Before the court is plaintiff Mayer Amschel Rothschild's motion to access the Court's electronic filing system—CM/ECF. (Doc. 6.) "Absent a court order, a pro se litigant is not permitted to file documents in CM/ECF." *Administrative Procedures for Electronic Filing* § B(4) (Apr. 1, 2024). "Pro se litigants are generally denied access to electronic filing unless extenuating circumstances exist to justify waiving CM/ECF procedures." *Huminski v. Vermont*, No. 2:13-cv-692-FtM-29, 2014 WL 169848, *4 (M.D. Fla. Jan. 15, 2014); *see also McMahon v. Cleveland Clinic Found. Police Dep't*, 455 F. App'x 874, 878 (11th Cir. 2011) (affirming denial of pro se plaintiff's access to CM/ECF because he did not show good cause).

Any member of the public can access electronic records of the federal courts by registering online with PACER, and Rothschild has a PACER account. (Doc. 6.) As provided in the Court's Guide for Proceeding Without a Lawyer:

> If you have internet access, you may also register for PACER (Public Access to Court Electronic Records) and view and print the documents in a case. To register, go to the PACER registration page on the PACER website (*www.pacer.gov*) or call (800) 676-6856. Using PACER may cost $.10 per printed page. PACER will give you details when you register. Problems with PACER should be addressed to PACER, not to the court.

*Guide for Proceeding Without a Lawyer*, p. 13 (Feb. 10, 2022) (available at https://www.flmd.uscourts.gov/litigants-without-lawyers). And litigants without access to CM/ECF or Pacer can still file documents in the Court's web portal: https://www.flmd.uscourts.gov/electronic-document-submission-web-portal. In fact, Rothschild filed the instant motion in the Court's web portal. Accordingly, the Court finds no extenuating circumstances to justify allowing CM/ECF access. By all accounts, Rothschild has sufficient resources and wherewithal to access the docket and file what is needed without CM/ECF. The motion for CM/ECF access (Doc. 6) is thus **DENIED**.

**ORDERED** in Fort Myers, Florida on May 29, 2024.

Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record

2