UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MAYER AMSCHEL
ROTHSCHILD, and all others
similarly situated,

        Plaintiff,

v.                                                    Case No.:  2:24-cv-304-SPC-KCD

ANYWHERE ADVISORS LLC and
ANYWHERE REAL ESTATE INC.,

        Defendants.
_____/

## ORDER

Plaintiff, proceeding without a lawyer, filed what the Court construes as a motion for extension of time to file an amended complaint. (Doc. 12.) The Court grants the request, but notes that this is Plaintiff's second request for an extension of time. *See* Doc. 8. No further extensions will be granted.

Accordingly, it is **ORDERED**:

1. Plaintiff's Motion for Extension of Time (Doc. 12) is **GRANTED**. Plaintiff must file an amended complaint that complies with the Court's prior Order (Doc. 4) by **July 18, 2024**. **Failure to do so will result in a recommendation that this case be dismissed**.

2. Because Plaintiff has moved for more time, the Report and Recommendation (Doc. 11) is **WITHDRAWN**.

**ORDERED** in Fort Myers, Florida this June 24, 2024.

Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record